

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FEB 2 2 2018

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

Valerie Powell
_____

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Wheaton WIC Center
Maryland WIC Program

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. PWG 18CV0535
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☒ No
(check one)

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Valene Powell
Street Address: 11424 Stewart Lane, APT#C2
City and County: Silver Spring, Md
State and Zip Code: Maryland, 20904
Telephone Number: 240-821-5465
E-mail Address: Snowexena@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Wheaton, WIC Center
Job or Title (if known): Maryland WIC Program
Street Address: 2730 University Blvd W, Suit# LL10
City and County: Wheaton, MD
State and Zip Code: Maryland 20902
Telephone Number: 301-933-6680
E-mail Address (if known): N/A

2

Defendant No. 2

    Name — N/A

    Job or Title (if known) —

    Street Address —

    City and County — N/A

    State and Zip Code —

    Telephone Number —

    E-mail Address (if known) —

Defendant No. 3

    Name — N/A

    Job or Title (if known) —

    Street Address — N/A

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address (if known) —

Defendant No. 4

    Name — N/A

    Job or Title (if known) — N/A

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address (if known) —

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question         ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*The ADA prohibits discrimination on the disability in public accommodation it also applies if the United States Congress law. The WTC did not follow the Ada law.*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Valerie Powell, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) __N/A__, is a citizen of the State of (name) __N/A__. Or is a citizen of (foreign nation) __N/A__.

   b. If the defendant is a corporation

   The defendant, (name) __Wheaton WIC Center__, is incorporated under the laws of the State of (name) __Maryland WIC Programs__, and has its principal place of business in the State of (name) __Maryland__. Or is incorporated under the laws of (foreign nation) __N/A__, and has its principal place of business in (name) __N/A__.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

   WIC do not follow their law of Ada will cost $100,000.00 is more than $75,000 also not counting fee at the court, depend their decide.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My honest have to write this letter with my lost trusted with WJC. On Nov 2017, I wrote the letter & request for an interpreter, since I was frustrated and much patient with them, Sometime they provide an ASL interpreter not 100% & Most I remind to tell them for my ASL interpreter. Final the WJC Manager Julie called me & received the letter I write, She will do provide ASL interpreter on Dec 2017, I agreed with her for my appt (Jan 18, 2018). Again she called me on Dec 2017, ask for VRI with computer, I denied the VRI, I explained her with my bad experience there problems and much misunderstand. She will contact her director about it. Later a few week, she called & leave a message, I got a message I agreed with her, her director approved provide ASL interpreter for my appt Jan 18. On Jan 18, 2018 I went their office on time, I waited for 30 min, the front desk told me ASL Interpreter will be here & on way. I was excited forward for this, later the lady said no interpreter today I upset & I

6

PTO→

I left @ 1pm. They called & leave a message on Jan 18 said the interpreter is very late, I won't reply & send lie. Nice the weather, I beleive they did not called Agency & Lie. Aagin they're very ingnore me & betray for my request them & waste my time.

On Feb - the WJC Manager Julie called & leave a message, ask me to come for appt & sorry for me not get an interpreter was late. Sound like Lie & broke their law of Ada. I beleve they're discrimation & lie to me. I don't appreciate for their betray to me for no reason. It's not fair for me. WJC not Follow their Policy Ada. I don't beleve they did not request for interpreter. (Lie) Interpreter only is ontime that a Job! Alway!

PTO→

Valene Powell
Page #3

Feb 13, 2018 - WIC called & leave a message to let me know that they will increase my benefits and bring my two girls to come and call them for an appointment so they did not said about promise for ASL interpreter. I won't call them back, I lost their trusted & indeed waste my time. I'm very serious and I strongest they broke their law of ADA period.

(Americans with Disabilities)-("ADA")
(Women, Infants and Children)-("WIC"

2/19/2018

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

WJC is a damage they broke a law for ADA NOT provide an ASL Interpreter. On Jan 18, 2018. ASL Interpreter is not office. Broke the Law.

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/19, 2018

Signature of Plaintiff
Printed Name of Plaintiff    Valene Powell

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____